IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAVID SAMPSON HUNTER,  <br>  Plaintiff,  <br> v.  <br> KARA KALWINDER, et al.,  <br>  Defendants. | Case No. C 16-1844 PSG (PR)  <br><br>**ORDER OF TRANSFER** |

David Sampson Hunter, proceeding *pro se*, brought this civil rights action pursuant to 42 U.S.C. § 1983 against officials at California Health Care Facility and California State Prison, Sacramento.[1] The events complained of occurred in San Joaquin and Sacramento Counties. Because both counties lie within the Eastern District of California, venue properly lies in that district and not in this one.[2] Accordingly, this case is TRANSFERRED to the Eastern District of California.[3] The Clerk shall terminate any pending motions and transfer the entire file to the

---

[1] Hunter has consented to magistrate jurisdiction. *See* Docket No. 5.

[2] *See* 28 U.S.C. § 1391(b).

[3] *See* 28 U.S.C. § 1406(a).

Case No. C 16-1844 PSG (PR)
ORDER OF TRANSFER

1 | Eastern District of California.

2 |     IT IS SO ORDERED.

3 |

4 | DATED: 5/12/2016              *PAUL S. GREWAL* (signature)
                                       PAUL S. GREWAL
                                       United States Magistrate Judge

5–28

Case No. C 16-1844 PSG (PR)
ORDER OF TRANSFER