UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID SAMPSON HUNTER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KARA KALWINDER, et al.,<br><br>　　　　Defendants. | No. 2:16-cv-1041-EFB P<br><br><br><br>ORDER |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983.[1] On January 25, 2017, the court denied plaintiff's application to proceed in forma pauperis because he is a three-strikes litigant within the meaning of 28 U.S.C. § 1915(g). ECF No. 19. Plaintiff was given 21 days within which to pay the $400 filing fee for this action. *Id.* Plaintiff was warned that failure to pay the filing fee within 21 days would result in dismissal. *Id.* Plaintiff has not paid the filing fee or otherwise responded to the court's order.

Accordingly, IT IS HEREBY ORDERED that this action is dismissed.

Dated: June 12, 2017.

　　　　　　　　　　　　　　　　/s/ Edmund F. Brennan
　　　　　　　　　　　　　　　　EDMUND F. BRENNAN
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1) and is before the undersigned pursuant to plaintiff's consent. *See* E.D. Cal. Local Rules, Appx. A, at (k)(4).